Edward Misleh SBN 273645
The Law Offices of Edward Misleh APC
615 Tenth Street
Sacramento, California 95814
Telephone: (916) 443-1267
ed@edwardmisleh.com

Attorneys for Plaintiff:
Paul Singh and Andrea Singh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINGH AND ANDREA SINGH,<br><br>               Plaintiff,<br><br>   v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 to 50, Inclusive,<br><br>               Defendant | Case No.: 2:18-cv-00445-WBS-AC<br>Assigned to the Hon. William B. Shubb<br><br>[*Sutter County Superior Court; Case No.: CVCS17-0001866*]<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT LOWE'S HOME CENTERS, LLC'S MOTION TO DISMISS PURSUANT TO LOCAL RULE 230(f)**<br><br>**Date:**        **July 9, 2018**<br>**Time:**        **1:30 pm**<br>**Courtroom:**   **5**<br>               **U.S. District Court**<br>               **501 I Street, 14th Floor**<br>               **Sacramento, CA 95814** |

The currently scheduled hearing date of July 9, 2018 on Defendant Lowe's Motion to Dismiss presents a conflict for Plaintiff counsel Edward Misleh due to being out of state July 3, 2018 through July 15, 2018 (See Exhibit 1 attached – Notice of Unavailability served May 2, 2018 on Defense counsel for Lowe's). Pursuant to Local Rule 230(f), the parties hereby agree to continue the hearing on Defendant Lowe's Motion to Dismiss to **August 6, 2018 at 1:30 p.m.** The Scheduling Conference is

**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT LOWE'S HOME CENTERS, LLC'S MOTION TO DISMISS**

continued from August 13, 2018 **to September 10, 2018 at 1:30 p.m.**  A Joint Status Report shall be filed no later than **August 27, 2018**.


DATED ___June 1, 2018_____

                 /s/ Edward/Misleh

_____
EDWARD MISLEH, ESQ.
Attorney for Plaintiffs:
Paul Singh and Andrea Singh


DATED ___June 8, 2018_____

                 /s/ Stephanie Forman

_____
STEPHANIE FORMAN, ESQ.
Attorney for Defendant:
Lowe's Home Centers, LLC


IT IS SO ORDERED.

Dated:  June 12, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT LOWE'S HOME CENTERS, LLC'S MOTION TO DISMISS**