Edward Misleh SBN 273645
The Law Offices of Edward Misleh APC
615 Tenth Street
Sacramento, California 95814
Telephone: (916) 443-1267
ed@edwardmisleh.com

Attorneys for Plaintiff:
Paul Singh and Andrea Singh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINGH AND ANDREA SINGH,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 to 50, Inclusive,<br><br>Defendant | Case No.: 2:18-cv-00445-WBS-AC<br><br>**ORDER ON JOINT STIPULATION FOR ORDER GRANTING SUBSTITUTION OF PLAINTIFF ANDREA SINGH AS SUCCESSOR TO PAUL SINGH** |

The Court, having read and considered the Joint Stipulation for Order granting substitution of Plaintiff Andrea Singh as successor to Paul Singh, Deceased, pursuant to Federal Rule of Civil Procedure 25(a)(1), and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED THAT substitution of Plaintiff Andrea Singh as successor to Paul Singh, Deceased, is granted.

IT IS SO ORDERED.

Dated: October 8, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDER GRANTING SUBSTITUTION OF ANDREA SINGH AS SUCCESSOR TO PAUL SINGH**

1