Edward Misleh SBN 273645
The Law Offices of Edward Misleh APC
615 Tenth Street
Sacramento, California 95814
Telephone: (916) 443-1267
ed@edwardmisleh.com

Attorneys for Plaintiff:
Paul Singh and Andrea Singh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINGH AND ANDREA SINGH,<br><br>              Plaintiff,<br><br>   v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 to 50, Inclusive,<br><br>              Defendant | Case No.: 2:18-cv-00445-WBS-AC<br><br>**ORDER ON JOINT STIPULATION FOR ORDER TO REPLACE EXHIBIT "A" WITH A REDACTED DEATH CERTIFICATE FILED WITH THE JOINT STIPULATION FOR ORDER GRANTING SUBSTITUTION OF ANDREA SINGH AS SUCCESSOR TO PAUL SINGH** |

**ORDER**

The Court, having read and considered the Joint Stipulation for Order granting replacement of **Exhibit A** with a redacted death certificate in place of the un-redacted death certificate that was filed with the Joint Stipulation for Order Granting Substitution of Andrea Singh as successor to Paul Singh, and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED THAT replacement of **Exhibit A** with a redacted death certificate in place of the un-redacted death certificate that was filed with the Joint Stipulation for Order Granting Substitution of Andrea Singh as successor to Paul Singh, is granted.

**[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDER TO REPLACE EXHIBIT "A" WITH A REDACTED DEATH CERTIFICATE**

1

IT IS SO ORDERED.

Dated: October 9, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER ON JOINT STIPULATION FOR ORDER TO REPLACE EXHIBIT "A" WITH A REDACTED DEATH CERTIFICATE**