STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.: STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:** sforman@tharpe-howell.com
**E-Mail:** drivera@tharpe-howell.com

Attorneys for Defendants,
LOWE'S HOME CENTERS, LLC and LISA LEATHERMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SINGH and ANDREA SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 2:18-cv-00445-WBS-AC<br>[*Sutter County Superior Court; Case No.: CVCS17-0001866*]<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiffs ANDREA SINGH, individually, and as successor to PAUL SINGH, deceased, is hereby dismissed in its entirety, with prejudice.

Dated: December 9, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE